IN THE UNITED STATES DISTRICT COURT
For The
DISTRICT OF COLUMBIA

_____

CHARLES PRUGUE

       Plaintiff

vs.                                                      Case Number: _____

VIRGINIA PREMIER HEALTH
PLAN, INC.

       Defendant

## NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT for the DISTRICT OF COLUMBIA:

      PLEASE TAKE NOTICE that the Defendant, VIRGINIA PREMIER HEALTH PLAN, INC., hereby removes to this Honorable Court the action described below and now pending before the Superior Court for the District of Columbia pursuant to the provisions of Sections 1441 and 1146 of Title 28 of the United States Code.

      1. On or about December 18, 2019, an action was commenced in the Superior Court for the District of Columbia, styled <u>Charles Prugue v. Virginia Premier Health Plan, Inc.</u>, Case Number 2019 CA 008183 V. In that action, the Plaintiff sought a monetary recovery in the amount of Five Hundred Thousand Dollars ($500,000.00), plus pre-judgment interest and costs, for personal injuries and resulting damages arising out of a traffic accident that is alleged to have occurred in the District of Columbia on or about February 26, 2018. A copy of the Complaint filed to initiate the aforedescribed action is attached hereto as Defendant's Exhibit A.

{01976209.DOC }

2. The Defendant Virginia Premier Health Plan, Inc. will file its Answer in the District of Columbia Superior Court in the civil action styled <u>Charles Prugue v. Virginia Premier Health Plan, Inc.</u>, Case Number 2019 CA 008183 V contemporaneously with the filing of this Notice Of Removal, copy of which Answer is attached hereto as Defendant's Exhibit B.

3. The United States District Court for the District of Columbia is the judicial district and division that has jurisdiction over this action, and in which proper venue is properly laid.

4. Service of the Complaint filed as described in paragraph one above was affected on the Defendant on December 27, 2019.

5. The above described action is a civil action in which this Court has original jurisdiction under Section 1332, Title 28 of the United States Code based upon diversity of citizenship, and one which may be removed to this Court by the Defendants pursuant to the provisions of 28 United States Code, Section 1441(b) as a civil action between citizens of different states where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Venue is properly laid in this Court pursuant to 28 United States Code, Section 1391(a) because a substantial part of the events or omissions giving rise to the subject claim occurred in this judicial district. The traffic accident at issue is alleged to have occurred on Rhode Island Avenue, NW, at or near the intersection with 3rd Street, NW in the District of Columbia.

7. The civil action described in paragraph one above was brought for the recovery of damages allegedly resulting from a traffic accident that occurred in the District of Columbia.

8. The Defendant Virginia Premier Health Plan, Inc. is a Virginia corporation with its principal place of business located in Richmond, Virginia. Virginia Premier Health Plan, Inc.

is duly authorized to conduct business in the District of Columbia.

9. The Plaintiff Charles Prugue is an individual who is of the age of majority, is *sui juris*, is not a member of the Armed Forces of the United States on active duty, and who is a resident of the State of Delaware, residing at 31801 Carmine Drive, Rehoboth Beach, Delaware 19971.

10. The Plaintiff is a party in interest in this action because he has brought the action described in paragraph one above, seeking judgment in the amount of Five Hundred Thousand Dollars, plus pre-judgment interest and costs, for alleged injuries and resulting damages arising out of the traffic accident of February 26, 2018.

11. This Honorable Court has jurisdiction over the parties and the subject matter of this action pursuant to 28 United States Code 1332, based upon complete diversity of citizenship between the plaintiff and the defendant hereto, and based upon the fact the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

12. The amount in controversy in this action exceeds $75,000.00, exclusive of interests and costs, based upon the fact that the Plaintiff seeks judgment against the Defendant in the amount of Five Hundred Thousand Dollars, exclusive of interest, costs and, or, fees in the Complaint filed to initiate this action in the Superior Court for the District of Columbia.

13. A written Joinder In Removal Of All Defendants is not required because Virginia Premier Health Plan, Inc. is the only defendant in this action.

14. This Notice Of Removal is timely under the provision of 28 U.S.C. 1446(b) in that it is filed within thirty (30) days of receipt of service of process upon the Defendant and within one (1) year of the commencement of the action in state court.

VIRGINIA PREMIER HEALTH PLAN, INC.
By Counsel

{01976209.DOC }

   */s/ Daniel L. Robey*
Daniel L. Robey, Esquire
District of Columbia Bar Number: 421945
MIDKIFF, MUNCIE & ROSS, P.C.
10461 White Granite Drive, Suite 225
Oakton, Virginia 22124
Telephone:  (703) 938-5989
FAX:  (703) 938-5980
E-Mail:  drobey@midkifflaw.com
Counsel for Defendants

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the forgoing Notice Of Removal was mailed, first class and postage prepaid, to the below named counsel for the Plaintiff on this 13th day of January, 2020.  Further, the foregoing Notice Of Removal was served by electronic means through the District of Columbia Superior Court CaseFileXpress E-service filing system, concurrent with the filing of this document in that court on this 10th day of January, 2020, to:

Joseph Cammarata, Esquire
CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036
joe@dc-law.net

                                                                         */s/ Daniel L. Robey*
                                                                           Daniel L. Robey